IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 08-cv-02704-REB-MJW

MARLENE WILKINS, and
GRANT WILKINS,

    Plaintiffs,

v.

AVIS RENT A CAR SYSTEM, LLC, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#6], filed March 3, 2009. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#6], filed March 3, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 3, 2009, at Denver, Colorado.

                                        BY THE COURT:

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge